Gordon A. Ramsey, administrator of the estate of William Walter Woods, deceased, appellee, v. Tuthill Building Material Company, appellant. Gen. No. 25,153.

Action to recover for death of 10-year-old boy in unprotected sand bin. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920. Rehearing denied March 22, 1920.

John S. Huey and Busby, Weber & Miller, for appellant. James D. Power and William R. Bullion, for appellee.

Mr. Justice Barnes delivered the opinion of the court.